

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00039-CV

KYLE WESLEY RODECKER AND                                    APPELLANTS
BEN E. KEITH COMPANY

V.

ALEX "TRONG" LE                                                     APPELLEE

------------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Agreed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

                                                                    PER CURIAM

PANEL:   MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  March 13, 2014

---

[1]*See* Tex. R. App. P. 47.4.